UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LATOYA STEWART,

                Plaintiff,

       - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X

**<u>JUDGMENT</u>**
16-CV-2849 (RRM)

      A Memorandum and Order of the undersigned having been issued this day dismissing

plaintiff's claims against defendant, and further directing the Clerk of Court to enter judgment

accordingly and to close this case, it is

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and

that all claims brought by plaintiff as against defendant are dismissed; and that this case is hereby

closed.

                    SO ORDERED.

Dated: Brooklyn, New York
       March 16, 2018

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge